634

Central States Manufacturing and Sales Corporation, Appellant, v. Link-Belt Company and Albert J. Horan, Bailiff, Appellees.

Gen. No. 42,612.

Heard in the second division, first district, this court at the April term, 1943; opinion filed February 10, 1944; rehearing denied March 9, 1944. George M. Tearney, for appellant; Allen & Darlington, for appellees; Glynn J. Elliott, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.

Lillian Eschner, Appellee, v. Peoples Radio Stores, Inc., Appellant.

Gen. No. 42,631.

Heard in the second division, first district, this court at the April term, 1943; opinion filed February 10, 1944. Lewis W. Schlifkin and Edwin M. Katz, for appellant; Paul R. Shanoff, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.